Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF MASSACHUSETTS

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | LongRun, P.B.C |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  Longrun, LLC<br>DBA  Keto & Co. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-0607286 |
| 4. | Debtor's address | **Principal place of business**<br><br>375 Concord Ave., Suite 005<br>Belmont, MA 02478<br>Number, Street, City, State & ZIP Code<br><br>Middlesex<br>County | **Mailing address, if different from principal place of business**<br><br>464 Common Street, #207<br>Brookline Village, MA 02447-8000<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **LongRun, P.B.C** _____  Case number (if known) _____
        Name

---

**7. Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

Debtor  **LongRun, P.B.C**  
       Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No  
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____  
District _____  When _____  Case number, if known _____

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.  
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number, Street, City, State & ZIP Code

**Is the property insured?**  
☐ No  
☐ Yes. Insurance agency _____  
       Contact name _____  
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49  
☐ 50-99  
☐ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000  
■ $1,000,001 - $10 million  
☐ $500,000,001 - $1 billion

Debtor  **LongRun, P.B.C** _____  Case number (*if known*)_____
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **LongRun, P.B.C**_____   Case number (*if known*)_____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/01/2023
             MM / DD / YYYY

X _____*/signature/*_____      **Richard Tieken**
Signature of authorized representative of debtor    Printed name

Title  **President & CEO**

**18. Signature of attorney**

X _____*/signature/*_____      Date  2/1/2023
Signature of attorney for debtor                         MM / DD / YYYY

**Steven Weiss 545619**
Printed name

**Shatz, Schwartz and Fentin, P.C.**
Firm name

**1441 Main Street, Suite 1100**
**Springfield, MA 01103-1450**
Number, Street, City, State & ZIP Code

Contact phone  **(413) 737 1131**       Email address  **sweiss@ssfpc.com**

**545619 MA**
Bar number and State

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 5

**Fill in this information to identify the case:**

Debtor name  **LongRun, P.B.C**

United States Bankruptcy Court for the:  DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/01/2023      X _____
                              Signature of individual signing on behalf of debtor

                              **Richard Tieken**
                              Printed name

                              **President & CEO**
                              Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **LongRun, P.B.C**
United States Bankruptcy Court for the: **DISTRICT OF MASSACHUSETTS**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express<br>PO Box 981535<br>El Paso, TX 79998-1535 | | Credit Card | | | | $51,134.73 |
| Anchin, Block & Anchin, LLP<br>PO Box 32002<br>New York, NY 10087-2002 | | | | | | $35,625.00 |
| Brex<br>12832 Frontrunner Blvd.<br>Suite 500<br>Draper, UT 84020 | | Credit Card | | | | $9,938.06 |
| C.H. Robinson Worldwide, Inc. and Subs<br>PO Box 9121<br>Minneapolis, MN 55480-9121 | | | | | | $43,318.13 |
| Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | | Credit Card | | | | $77,092.41 |
| Echo Global Logistics, Inc.<br>22168 Network Place<br>Chicago, IL 60673-1221 | | Services Provided | | | | $14,600.41 |
| First Savings Bank Q2 Business Capital<br>501 East Lewis Clark Parkway<br>Clarksville, IN 47129 | | | | $342,853.67 | $0.00 | $342,853.67 |
| HB Specialty Foods<br>1823 N. Elder St.<br>Nampa, ID 83687 | | Inventory | | | | $104,074.21 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Debtor  **LongRun, P.B.C**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HUB Group** 3000 Ocean Park Blvd., Suite 1000 Santa Monica, CA 90405 | | | | | | $28,091.07 |
| **KJT Law Group, LLP** 230 North Maryland Avenue Suite 306 Glendale, CA 91206 | | | **Disputed** | | | $44,100.00 |
| **Merchant Financial** 1441 Broadway, 22nd Floor New York, NY 10018 | | | | $522,338.67 | $0.00 | $522,338.67 |
| **Netsuite** | | | | | | $13,971.78 |
| **Nutter, McClennen & Fish, LLP** 155 Seaport Boulevard Seaport West Boston, MA 02210-2604 | | **Professional Services** | | | | $33,707.06 |
| **Poly Maven, Inc.** 681 River Ave. Lakewood, NJ 08701 | | | | | | $5,969.65 |
| **Tagg Logistics** 372 Hazelwood Logistics Center Drive Hazelwood, MO 63042 | | | | | | $19,198.92 |
| **Thrive Foods, LLC** 691 South Auto Mall Drive American Fork, UT 84003 | | | | | | $22,982.40 |
| **Total Nutrition Technology** 154 Park Center St. Leesburg, FL 34748 | | | | | | $163,744.13 |
| **U.S. Small Business Administration Office of Disaster Assistance** 14925 Kingsport Road Fort Worth, TX 76155 | | | | $500,000.00 | $0.00 | $500,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Debtor  **LongRun, P.B.C**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** | | | | $6,164.08 | $0.00 | $6,164.08 |
| **World Wide Gourmet Goods**<br>**21616 87th Ave. SE**<br>**Woodinville, WA 98072** | | | | | | $248,695.18 |

# United States Bankruptcy Court
### District of Massachusetts

In re  **LongRun, P.B.C**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 1, 2023**

**/s/ Richard Tieken**  
**Richard Tieken**/**President & CEO**  
Signer/Title

375 Concord Avenue, LLC
PO Box 127
375 Concord Avenue
Belmont, MA 02478

Allied Digital Strategis, Inc.
Aliso Creek Road #B239
Aliso Viejo, CA 92656

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express Plum Card
PO Box 981535
El Paso, TX 79998-1535

Amin Talati Wasserman, LLP
649 W. Randolph St., Suite 400
Chicago, IL 60661

Anchin, Block & Anchin, LLP
PO Box 32002
New York, NY 10087-2002

Attentive Mobile, Inc.
221 River St., 9th Floor
Hoboken, NJ 07030

Baac Office
PO Box 28098
600 Ontario St.
St. Catharines, Ontario  L2N 7P8
CANADA

Brex
12832 Frontrunner Blvd.
Suite 500
Draper, UT 84020

C.H. Robinson Worldwide, Inc. and Subs
PO Box 9121
Minneapolis, MN 55480-9121

Chase
PO Box 15298
Wilmington, DE 19850-5298

Destini Global, LLC
222 W. Hubbard St., #300
Chicago, IL 60654

Echo Global Logistics, Inc.
22168 Network Place
Chicago, IL 60673-1221

First Savings Bank
Q2 Business Capital
501 East Lewis Clark Parkway
Clarksville, IN 47129

HB Specialty Foods
1823 N. Elder St.
Nampa, ID 83687

HUB Group
3000 Ocean Park Blvd., Suite 1000
Santa Monica, CA 90405

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Jedwards International, Inc.
141 Campanelli Drive
Braintree, MA 02184

KJT Law Group, LLP
230 North Maryland Avenue
Suite 306
Glendale, CA 91206

Magcrest Packaging
5 Highview Road
Monsey, NY 10952

MDOR
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Merchant Financial
1441 Broadway, 22nd Floor
New York, NY 10018

MicroSourcing International, LTD
Level 27, World Wide House
19 Des Voeux Road
CENTRAL, CENTRAL HONG KONG

Netsuite


Nutter, McClennen & Fish, LLP
155 Seaport Boulevard
Seaport West
Boston, MA 02210-2604

Poly Maven, Inc.
681 River Ave.
Lakewood, NJ 08701

```
PolyMaven
34 Franklin Ave.
Suite 319-A
Brooklyn, NY 11205

Richard  Tieken
105 Farnham Street
Belmont, MA 02478

Richard Tieken
105 Farnham Street
Belmont, MA 02478

Tagg Logistics
372 Hazelwood Logistics Center Drive
Hazelwood, MO 63042

Thrive Foods, LLC
691 South Auto Mall Drive
American Fork, UT 84003

Total Nutrition Technology
154 Park Center St.
Leesburg, FL 34748

Trove Brands, LLC
250 South 850 East
Lehi, UT 84043

U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

United States Attorney's Office
Attn: Financial Litigation Unit
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02110

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

World Wide Gourmet Goods
21616 87th Ave. SE
Woodinville, WA 98072
```

# United States Bankruptcy Court
## District of Massachusetts

In re  **LongRun, P.B.C**                                    Case No.
                           Debtor(s)                         Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **LongRun, P.B.C**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**3675 and 3325 West Holdco, LLC**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 1, 2023** | **/s/ Steven Weiss** |
| Date | **Steven Weiss 545619** |
| | Signature of Attorney or Litigant |
| | Counsel for  **LongRun, P.B.C** |
| | **Shatz, Schwartz and Fentin, P.C.** |
| | **1441 Main Street, Suite 1100** |
| | **Springfield, MA 01103-1450** |
| | **(413) 737 1131 Fax:(413) 736 0375** |
| | **sweiss@ssfpc.com** |