# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| **In re:**<br><br>**LONGRUN, PBC**<br>**d/b/a Keto & Co.,**<br><br>**Debtor** | **Chapter 11** SubV<br>**Case No. 23-** 10140 |

## DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL

NOW COMES Longrun, PBC d/b/a Keto & Co., (the "Debtor"), through its counsel, and hereby makes this emergency motion for authority to use cash collateral, pursuant to 11 U.S.C. § 363(b), Federal Bankruptcy Rule 4001(b), and MLBR 4001-2.  In support thereof, the Debtor respectfully states as follows:

1. Contemporaneously herewith, the Debtor has filed its petition for relief under subchapter V of Chapter 11 of the Bankruptcy Code with this Court.

2. No operating trustee or creditors committee has been appointed.

3. The Debtor is a Delaware corporation established in 2014 with its main office in Belmont, Massachusetts.  The company sells low carb and keto foods wholesale to retailers via amazon.com, and via its own ecommerce websites; it has no physical store location.  The Debtor currently has approximately 4 employees.

4. The Debtor's financial troubles can largely be traced to the COVD pandemic.  In 2020, the Debtor's gross revenues were approximately $9,700,000.  However, post pandemic

consumers' buying and eating habits changed dramatically. In 2021 the company's gross sales fell to approximately $8,900,000, and in 2022 the Debtor's gross revenues were the approximate amount of $5,072,000.

5. The Debtor's financial problems were caused by Decreases in sales, inability to raise additional equity financing, inability to secure additional debt financing, supply chain delays, increases in cost of promotion, increases in cost of freight, increased distributor deductions, increases in cost of goods, recalling a product, defending lawsuits, decrease in advance rate on its line of credit.  The Debtor's primary line of credit matures in July, 2023, and the Debtor was recently advised by the lender that it would not renew the line of credit, which necessitated this filing.

6. The Debtor's receipts and accounts receivable generated by the business constitute "cash collateral" within the meaning of 11 U.S.C. §363.  This matter constitutes a core proceeding, pursuant to 28 U.S.C. § 157(b)(2)(M).

7. This request for use of the Debtor's cash collateral is made pursuant to 11 U.S.C. § 363, Bankruptcy Rule 4001, and MLBR 4001-2.

8. On information and belief, the creditors holding secured claims[1] against the Debtor's assets are as follows:

- Merchant Financial Corporation ("Merchant") holds a first priority "blanket" security interest in essentially all of the Debtor's assets, as collateral for a revolving line of credit agreement.  The amount currently owed on the line of credit is approximately $522,338.

---

[1] This recitation is for informational purposes; the Debtor has not had opportunity to determine the perfection and priority of liens against its assets, and reserves the right to examine the amounts of all claims.

- First Savings Bank (First Savings") holds a second priority security interest in essentially all of the Debtor's assets, as collateral for an SBA loan granted under § 7A (the "7A Loan"). The amount owed on the 7A Loan is approximately $342,853. The monthly payments on the 7A Loan are in the amount of $6,714.96.

- The SBA also an "EIDL" loan, so-called, to the Debtor in the principal amount of $500,000.00, secured by a third priority "blanket" security interest on the Debtor's personal property. Under the terms of the note monthly payments are in the amount of $2,538.00.

- U.S. Bank Equipment Finance holds a purchase money security interest on certain equipment owned by the Debtor, and is owed the approximate sum of $6,000.00. the monthly payments are in the amount of $625.85.

9.  The Debtor's assets are as follows: (a) cash, approximately $91,000; (b) raw materials and finished goods, approximately $650,000 (at cost); (c) accounts receivables, approximately $360,000; (d) machinery and equipment, minimal; (e) expected reimbursements for a product recall of approximately $75,000; and (f) expected ERC tax credit of approximately $307,000.

10. The Debtor needs to use the cash collateral generated by the business to continue to maintain operations, continue to pay employees, provide services to customers, acquire inventory, market and sell its products, and to make adequate protection payments to the secured lenders.

11. As adequate protection, the Debtor proposes to make the following payments: (a) monthly payments in the amount of $5,005.00 to Merchant, representing interest at the non-

default rate; (b) to First Savings Bank on the "7A" in the amount of $6,714.96; (c) to the SBA on the EIDL Loan in the amount of $1,542.00; (d) monthly payments on the U.S. Bank Equipment Finance loan in the amount of $625.85; (e) to maintain insurance on its assets; and (f) to provide the its secured creditors with continuing liens on the Debtor's assets, including cash collateral and post-petition accounts receivables, to the same extent and amount, in the same priority, and to the extent that they perfected, as they enjoyed pre-petition.  The Debtor further states that holders of the first and second priority liens are fully secured by the value of their collateral, which provides additional adequate protection.

12. Annexed hereto as <u>Exhibit "A"</u> are 13-week projections for the Debtor's operations for the months of February, March, and April, 2023.

**<u>Basis for Emergency Relief</u>**.

13. The Debtor requests that the authority to use cash collateral be granted on an emergency basis.  As reason therefore, the Debtor states that the cash collateral is necessary to the Debtor's operations, e.g., payment of wages, operating expenses and adequate protection payments.

WHEREFORE, pursuant to 11 U.S.C. § 363, Bankruptcy Rule 4001, and MLBR 4001-2, Longrun, PBC respectfully prays:

1.  That this Court conduct an emergency hearing on this request for use of cash collateral;

2.  That this Court authorize the Debtor to use cash collateral on an emergency basis, to the extent and for the purposes set forth herein; and

3. For such further relief as this Court deems just and proper.

Respectfully submitted this 1st day of February, 2023.

 LONGRUN, PBC

 By:/s/ Steven Weiss
 Steven Weiss, Esquire
 BBO# 545619
 Shatz, Schwartz and Fentin, PC
 1441 Main Street, Suite 1100
 Springfield, MA  01103
 (413) 737-1131
 sweiss@ssfpc.com

22\0320\Motion.Cash.Collateral.1602

| Week Start | | 1/29/2023 | 2/5/2023 | 2/12/2023 | 2/19/2023 | 2/26/2023 |
|---|---|---|---|---|---|---|
| **Starting Cash** | | **$91,991** | **$98,074** | **$83,212** | **$89,296** | **$100,580** |
| Cash Receipts from Wholesale | | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 |
| Cash Receipts from Ecommerce | | $10,000 | $2,000 | $10,000 | $2,000 | $10,000 |
| New Financing (Ledger Below) | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| | | | | | | |
| Freight and Warehouse | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| Advertising | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) |
| Payroll and Staff | | ($14,000) | ($4,000) | ($14,000) | ($4,000) | ($14,000) |
| Contract Labor (Ledger Below) | | ($650) | ($10,750) | ($650) | ($250) | ($650) |
| Software | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) |
| Rent | ($1,250) | ($1,250) | $0 | ($1,250) | $0 | $0 |
| Untilities | ($116) | ($116) | ($116) | ($116) | ($116) | ($116) |
| Trustee | ($1,250) | ($1,250) | $0 | ($1,250) | $0 | $0 |
| Liability Insurance | ($800) | ($800) | $0 | ($800) | $0 | $0 |
| Miscellaneous | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| Adequate Payments (Ledger Below) | | $0 | ($12,346) | $0 | $0 | $0 |
| Purchase of Inventory | | ($17,150) | ($14,350) | ($17,150) | ($14,350) | ($17,150) |
| One Off Fees: | | | | | | |
| Hire Business Broker | | | | | | ($20,000) |
| | | | | | | |
| **Ending Cash** | | **$98,074** | **$83,212** | **$89,296** | **$100,580** | **$86,664** |
| | | | | | | |
| **New Financing Subledger** | | | | | | |
| DIP Loan | | $0 | $0 | $0 | $0 | $0 |
| Expenses Paid by (Reimbursed to) Owner | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Total New Financing | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| | | | | | | |
| **Adequate Payments Subledger** | | | | | | |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Merchant | ($5,005) | $0 | ($5,005) | $0 | $0 | $0 |
| First Savings | ($6,715) | $0 | ($6,715) | $0 | $0 | $0 |
| US Bank | ($626) | $0 | ($626) | $0 | $0 | $0 |
| SBA | ($1,542) | $0 | | $0 | $0 | $0 |
| **Total Adequate Payments** | | $0 | ($12,346) | $0 | $0 | $0 |
| | | | | | | |
| **Contractors Subledger** | | | | | | |
| Customer Service | | ($400) | $0 | ($400) | $0 | ($400) |
| Data | | ($250) | ($250) | ($250) | ($250) | ($250) |
| Staff Accountant | ($3,000) | $0 | ($3,000) | $0 | $0 | $0 |
| Bookkeepers | ($2,500) | $0 | ($2,500) | $0 | $0 | $0 |
| Sales Team | ($5,000) | $0 | ($5,000) | $0 | $0 | $0 |
| **Total Contractors** | | ($650) | ($10,750) | ($650) | ($250) | ($650) |

| 3/5/2023 | 3/12/2023 | 3/19/2023 | 3/26/2023 | 4/2/2023 | 4/9/2023 | 4/16/2023 | 4/23/2023 |
|---|---|---|---|---|---|---|---|
| $86,664 | $70,259 | $76,343 | $87,627 | $93,711 | $77,307 | $83,390 | $94,674 |
| $39,000 | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 |
| $2,000 | $10,000 | $2,000 | $10,000 | $2,000 | $10,000 | $2,000 | $10,000 |
| $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | ($30,000) |
| ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) |
| ($4,000) | ($14,000) | ($4,000) | ($14,000) | ($4,000) | ($14,000) | ($4,000) | ($14,000) |
| ($10,750) | ($650) | ($250) | ($650) | ($10,750) | ($650) | ($250) | ($650) |
| ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) |
| ($1,250) | $0 | $0 | $0 | ($1,250) | $0 | $0 | $0 |
| ($116) | ($116) | ($116) | ($116) | ($116) | ($116) | ($116) | ($116) |
| ($1,250) | $0 | $0 | $0 | ($1,250) | $0 | $0 | $0 |
| ($800) | $0 | $0 | $0 | ($800) | $0 | $0 | $0 |
| ($500) | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| ($13,888) | $0 | $0 | $0 | ($13,888) | $0 | $0 | $0 |
| ($14,350) | ($17,150) | ($14,350) | ($17,150) | ($14,350) | ($17,150) | ($14,350) | ($17,150) |
| $70,259 | $76,343 | $87,627 | $93,711 | $77,307 | $83,390 | $94,674 | $68,258 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | ($30,000) |
| $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | ($30,000) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ($5,005) | $0 | $0 | $0 | ($5,005) | $0 | $0 | $0 |
| ($6,715) | $0 | $0 | $0 | ($6,715) | $0 | $0 | $0 |
| ($626) | $0 | $0 | $0 | ($626) | $0 | $0 | $0 |
| ($1,542) | $0 | $0 | $0 | ($1,542) | $0 | $0 | $0 |
| ($13,888) | $0 | $0 | $0 | ($13,888) | $0 | $0 | $0 |
| $0 | ($400) | $0 | ($400) | $0 | ($400) | $0 | ($400) |
| ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) |
| ($3,000) | $0 | $0 | $0 | ($3,000) | $0 | $0 | $0 |
| ($2,500) | $0 | $0 | $0 | ($2,500) | $0 | $0 | $0 |
| ($5,000) | $0 | $0 | $0 | ($5,000) | $0 | $0 | $0 |
| ($10,750) | ($650) | ($250) | ($650) | ($10,750) | ($650) | ($250) | ($650) |