**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**LONGRUN, PBC.,**<br>**d/b/a Keto & Co.,**<br><br>Debtor | **Chapter 11**<br>**Case No. 23-** 10140 |

### AFFIDAVIT OF RICHARD TIEKEN IN SUPPORT OF CHAPTER 11 PETITION AND FIRST DAY MOTIONS

NOW COMES Richard Tieken, and hereby makes the following declarations under the pains and penalties of perjury:

5. I am the President, Chief Executive Officer, sole director, and manager of Longrun, PBC, d/b/a Keto & Co. (the "Debtor"), and have served in that capacity since 2014. I am familiar with the Debtor's day to day operations business and financial affairs.

6. I submit this affidavit in support of the Debtor's chapter 11 petition and the several motions and applications filed on the petition date (the "First Day Motions").

7. Except as otherwise indicated, all statements set forth in this affidavit are based upon (i) my personal knowledge, (ii) information supplied to be by other members of the Debtor's professionals, (iii) my review of relevant documents or (iv) my opinion based upon my experiences and knowledge of the Debtor's operations and financial affairs. If called to testify, I would testify to the facts set forth herein. I am authorized by the Debtor to submit this affidavit.

## BACKGROUND

1. The Debtor is a Delaware corporation established in 2014 with its main office in Belmont, Massachusetts. The company sells low carb and keto foods wholesale to retailers via amazon.com, and via its own ecommerce websites; it has no physical store location. The Debtor currently has approximately 4 employees.

2. The Debtor's financial troubles can largely be traced to the COVD pandemic. In 2020, the Debtor's gross revenues were approximately $9,700,000. However, post pandemic consumers' buying and eating habits changed dramatically. In 2021 the company's gross sales fell to approximately $8,900,000, and in 2022 the Debtor's gross revenues were the approximate amount of $5,072,000.

3. The Debtor's financial problems were caused by Decreases in sales, inability to raise additional equity financing, inability to secure additional debt financing, supply chain delays, increases in cost of promotion, increases in cost of freight, increased distributor deductions, increases in cost of goods, recalling a product, defending lawsuits, decrease in advance rate on its line of credit. The Debtor's primary line of credit matures in July, 2023, and the Debtor was recently advised by the lender that it would not renew the line of credit, which necessitated this filing.

4. The Debtor is current on payment of on all withholding and "trust fund" taxes owed to state and federal taxing authorities.

5. The creditors holding secured claims[1] against the Debtor's assets are as follows:

---

[1] This recitation is for informational purposes; the Debtor has not had opportunity to determine the perfection and priority of liens against its assets, and reserves the right to examine the amounts of all claims.

3

- Merchant Financial Corporation ("Merchant") holds a first priority "blanket" security interest in essentially all of the Debtor's assets, as collateral for a revolving line of credit agreement. The amount currently owed on the line of credit is approximately $522,338.

- First Savings Bank (First Savings") holds a second priority security interest in essentially all of the Debtor's assets, as collateral for an SBA loan granted under § 7A (the "7A Loan"). The amount owed on the 7A Loan is approximately $342,853. The monthly payments on the 7A Loan are in the amount of $6,714.96.

- The SBA also an "EIDL" loan, so-called, to the Debtor in the principal amount of $500,000.00, secured by a third priority "blanket" security interest on the Debtor's personal property. Under the terms of the note monthly payments are in the amount of $2,538.00.

- U.S. Bank Equipment Finance holds a purchase money security interest on certain equipment owned by the Debtor, and is owed the approximate sum of $6,000.00. the monthly payments are in the amount of $625.85.

6. The Debtor's assets are as follows: (a) cash, approximately $91,000; (b) inventory, approximately $650,000 (at cost); (c) accounts receivables, approximately $360,000; (d) machinery and equipment, minimal; (e) expected reimbursements for recall of approximately $75,000; and (f) expected ERC tax credit of approximately $307,000.

7. The company needs to use the cash collateral generated by the business to continue to pay employees, provide services to customers, and to make adequate protection payments to the secured lenders.

## THE CASH COLLATERAL MOTION

## AND THE MOTION TO PAY WAGES

8. The Debtor has filed a motion for use of cash collateral, to fund operations, i.e., to pay operating expenses and payroll, and to provide adequate protection payments to its secured creditors. Absent the use of cash collateral, the Debtor would be forced to cease operations, causing irreparable damage to the company's going concern value; use of cash collateral is therefore critical to preserve and maintain the Debtor's bankruptcy estate so that it can successfully reorganize.

9. Similarly, the Debtor has filed a motion for authority to pay pre-petition wages. The approximately 4 employees hold priority claims, none of which exceed the priority amounts under Bankruptcy Code § 507(a)(4).

10. Annexed hereto as Exhibit "A" are projections for the Debtor's operations for 13 weeks starting February, 2023.

11. I believe that the projections for the company's operations during this period are realistic.

12. As adequate protection, the Debtor proposes to make the following payments: (a) monthly payments in the amount of $5,005.00 to Merchant, representing interest at the non-default rate; (b) to First Savings Bank on the "7A" in the amount of $6,714.96; (c) to the SBA on the EIDL Loan in the amount of $1,542.00; (d) monthly payments on the U.S. Bank Equipment

Finance loan in the amount of $625.85; (e) to maintain insurance on its assets; and (f) to provide the its secured creditors with continuing liens on the Debtor's assets, including cash collateral and post-petition accounts receivables, to the same extent and amount, in the same priority, and to the extent that they perfected, as they enjoyed pre-petition. The Debtor further states that holders of the first and second priority liens are fully secured by the value of their collateral, which provides additional adequate protection.

## APPLICATION TO EMPLOY COUNSEL

13. The Debtor seeks to employ Shatz, Schwartz and Fentin, P.C. as its counsel in this case because of the firm's extensive experience and expertise in business reorganizations under Chapter 11 of the Bankruptcy Code and its ability to respond effectively to the legal issues that may arise in connection with this case. The firm is well-qualified to represent the Debtor in this case in an efficient manner.

14. In its pre-petition preparation for this Chapter 11 case, the firm developed an understanding the Debtor's business, the factors giving rise to its need to reorganize, the multiple issues unique to the Debtor's business operations, and many of the legal issues that may arise in this case.

15. Thus, I believe that Shatz, Schwartz and Fentin, P.C. is both well-qualified and uniquely suited to represent the Debtor in this Chapter 11 case.

Respectfully submitted this 1st day of February, 2023.

_____
RICHARD TIEKEN

22\0320\Affidavit.1st day motions.1601

| Week Start | | 1/29/2023 | 2/5/2023 | 2/12/2023 | 2/19/2023 | 2/26/2023 |
|---|---|---|---|---|---|---|
| **Starting Cash** | | **$91,991** | **$98,074** | **$83,212** | **$89,296** | **$100,580** |
| Cash Receipts from Wholesale | | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 |
| Cash Receipts from Ecommerce | | $10,000 | $2,000 | $10,000 | $2,000 | $10,000 |
| New Financing (Ledger Below) | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Freight and Warehouse | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| Advertising | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) |
| Payroll and Staff | | ($14,000) | ($4,000) | ($14,000) | ($4,000) | ($14,000) |
| Contract Labor (Ledger Below) | | ($650) | ($10,750) | ($650) | ($250) | ($650) |
| Software | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) |
| Rent | ($1,250) | $0 | ($1,250) | $0 | $0 | $0 |
| Untilities | ($116) | ($116) | ($116) | ($116) | ($116) | ($116) |
| Trustee | ($1,250) | $0 | ($1,250) | $0 | $0 | $0 |
| Liability Insurance | ($800) | $0 | ($800) | $0 | $0 | $0 |
| Miscellaneous | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| Adequate Payments (Ledger Below) | | $0 | ($12,346) | $0 | $0 | $0 |
| Purchase of Inventory | | ($17,150) | ($14,350) | ($17,150) | ($14,350) | ($17,150) |
| One Off Fees: | | | | | | |
| Hire Business Broker | | | | | | ($20,000) |
| **Ending Cash** | | **$98,074** | **$83,212** | **$89,296** | **$100,580** | **$86,664** |
| **New Financing Subledger** | | | | | | |
| DIP Loan | | $0 | $0 | $0 | $0 | $0 |
| Expenses Paid by (Reimbursed to) Owner | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| Total New Financing | | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 |
| **Adequate Payments Subledger** | | | | | | |

| | | | | | | |
|---|---:|---:|---:|---:|---:|---:|
| Merchant | ($5,005) | $0 | ($5,005) | $0 | $0 | $0 |
| First Savings | ($6,715) | $0 | ($6,715) | $0 | $0 | $0 |
| US Bank | ($626) | $0 | ($626) | $0 | $0 | $0 |
| SBA | ($1,542) | $0 | | $0 | $0 | $0 |
| **Total Adequate Payments** | | $0 | ($12,346) | $0 | $0 | $0 |
| | | | | | | |
| **Contractors Subledger** | | | | | | |
| Customer Service | | ($400) | $0 | ($400) | $0 | ($400) |
| Data | | ($250) | ($250) | ($250) | ($250) | ($250) |
| Staff Accountant | ($3,000) | $0 | ($3,000) | $0 | $0 | $0 |
| Bookkeepers | ($2,500) | $0 | ($2,500) | $0 | $0 | $0 |
| Sales Team | ($5,000) | $0 | ($5,000) | $0 | $0 | $0 |
| **Total Contractors** | | ($650) | ($10,750) | ($650) | ($250) | ($650) |

| 3/5/2023 | 3/12/2023 | 3/19/2023 | 3/26/2023 | 4/2/2023 | 4/9/2023 | 4/16/2023 | 4/23/2023 |
|---|---|---|---|---|---|---|---|
| $86,664 | $70,259 | $76,343 | $87,627 | $93,711 | $77,307 | $83,390 | $94,674 |
| $39,000 | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 | $39,000 |
| $2,000 | $10,000 | $2,000 | $10,000 | $2,000 | $10,000 | $2,000 | $10,000 |
| $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | ($30,000) |
| ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) | ($10,000) |
| ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) | ($1,000) |
| ($4,000) | ($14,000) | ($4,000) | ($14,000) | ($4,000) | ($14,000) | ($4,000) | ($14,000) |
| ($10,750) | ($650) | ($250) | ($650) | ($10,750) | ($650) | ($250) | ($650) |
| ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) | ($2,000) |
| ($1,250) | $0 | $0 | $0 | ($1,250) | $0 | $0 | $0 |
| ($116) | ($116) | ($116) | ($116) | ($116) | ($116) | ($116) | ($116) |
| ($1,250) | $0 | $0 | $0 | ($1,250) | $0 | $0 | $0 |
| ($800) | $0 | $0 | $0 | ($800) | $0 | $0 | $0 |
| ($500) | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) | ($500) |
| ($13,888) | $0 | $0 | $0 | ($13,888) | $0 | $0 | $0 |
| ($14,350) | ($17,150) | ($14,350) | ($17,150) | ($14,350) | ($17,150) | ($14,350) | ($17,150) |
| $70,259 | $76,343 | $87,627 | $93,711 | $77,307 | $83,390 | $94,674 | $68,258 |
| $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | ($30,000) |
| $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | $2,500 | ($30,000) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ($10,750) | ($650) | ($250) | ($650) | ($10,750) | ($650) | ($250) | ($650) |
| ($5,000) | $0 | $0 | $0 | ($5,000) | $0 | $0 | $0 |
| ($2,500) | $0 | $0 | $0 | ($2,500) | $0 | $0 | $0 |
| ($3,000) | $0 | $0 | $0 | ($3,000) | $0 | $0 | $0 |
| ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) | ($250) |
| $0 | ($400) | $0 | ($400) | $0 | ($400) | $0 | ($400) |
| ($13,888) | $0 | $0 | $0 | ($13,888) | $0 | $0 | $0 |
| ($1,542) | $0 | $0 | $0 | ($1,542) | $0 | $0 | $0 |
| ($626) | $0 | $0 | $0 | ($626) | $0 | $0 | $0 |
| ($6,715) | $0 | $0 | $0 | ($6,715) | $0 | $0 | $0 |
| ($5,005) | $0 | $0 | $0 | ($5,005) | $0 | $0 | $0 |