# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

In re:
LONGRUN, PBC
d/b/a Keto & Co.,

Debtor

Chapter 11
Case No. 23-10140-CJP

## STATEMENT REGARDING SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

LongRun, PBC d/b/A Keto & Co. (the "Debtor") hereby submits its schedules of Assets and Liabilities (the Schedules") and Statement of Financial Affairs (the SOFA"), pursuant to Bankruptcy Code § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

## GENERAL NOTES

1. Unaudited Financial Information: While the Debtor has sought to ensure that the Schedules and the SOFA are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information or any audit may result in material changes to financial data and other information contained herein.

2. Accuracy: While the Debtor has sought to file complete and accurate Schedules and SOFA, inadvertent errors and omission may exist. Accordingly the Debtor reserves the right to amend its Schedules and SOFA as necessary and appropriate.

3. Claim Description: Any failure to designate a claim on the Debtor's Schedules as "contingent", "unliquidated" or "disputed" does not constitute an admission by the Debtor that

such terms do not apply.  The Debtor reserves the right to dispute or to assert offsets or defenses, to any claim reflected on its Schedules as to liability, amount, classification, perfection or priority.

4.     Tax Claims:  The Debtor has listed a number of taxing authorities in its Schedules, for informational purposes, even though the Debtor believes it is current on its tax obligations.  The Debtor reserves its rights to dispute the amount, priority or perfection of any tax claims.

Respectfully submitted this 15th day of February, 2023.

LONGRUN, PBC


By: /s/ Steven Weiss
Steven Weiss, Esquire
BBO# 545619
Shatz, Schwartz and Fentin, PC
1441 Main Street, Suite 1100
Springfield, MA  01103
(413) 737-1131
sweiss@ssfpc.com


22\0320\Statement.1601